United States District Court
Southern District of Texas
FILED

JUN 18 2007

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JIMMY ELLIS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. L-06-110 |
| NEAL GARCIA and FOLEY'S DEPARTMENT STORE, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

COMES NOW plaintiff, Jimmy Ellis, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and with the consent of defendants, and hereby dismisses this action in its entirety, including all claims against all defendants, **with prejudice**, each party to bear his or its own costs and attorneys' fees expended in the defense and prosecution of this action. However, any costs charged by the Court in connection with the parties' utilization of the Court and it services and resources are to be paid by defendants.

By: _/s/ Sergio "Keko" Martinez_
SERGIO "KEKO" MARTINEZ
1420 San Bernardo
Laredo, TX 78040

Attorney for Plaintiff

By: _/s/ Mark A. Sanders_
MARK A. SANDERS
Law Offices of Mark A. Sanders
11451 Katy Freeway, Suite 501
Houston, TX 77079
Telephone: (713) 468-7700
Facsimile: (713) 468-7701

Michael E. Franklin, pro hac vice admittee
Federated Retail Holdings, Inc.
Law Department -- Litigation
611 Olive Street, Suite 1750
St. Louis, Missouri 63101

Attorneys for Defendants

SO ORDERED: _____